**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debbie Thompson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CV-08-2235-PHX-GMS |
| vs. | ) **JUDGMENT** |
| | ) |
| Midland Credit Management, Inc., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

_____    **Jury Verdict.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X      **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff having accepted Defendant's Offer of Judgment, judgment is hereby entered in favor of Plaintiff Debbie Thompson and against Defendant Midland Credit Management, Inc. in the amount of $3,000.00, with interest to accrue from the date of judgment until satisfied.

Date: February 23, 2009

RICHARD H. WEARE
Clerk/DCE

  S/ L. Dixon
(By) L. Dixon, Deputy Clerk

cc: all counsel